UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MIQUELLE FOUNTAIN,

        Plaintiff,

v.

RED LOBSTER HOSPITALITY, LLC AND JOSEPH YOFFEE,

        Defendants.

Civil Action No.: 1:21-CV-1000-LJV-JJM

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their undesigned counsel, the attorneys or record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, in accordance with Rule 41(a)(1)(A)(ii), each party to bear his, her or its own costs.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 27, 2023

_____
AMANDA L. VAN HOOSE GAROFALO
BAKER & HOSTETLER LLP
Attorneys for Defendants
45 Rockefeller Plaza
New York, New York 10111
Tel: 212-589-4200
agarofalo@bakerlaw.com

Dated: July 6, 2023

  /s/ *Aubrey D. Hetznecker*
_____
AUBREY D. HETZNECKER, ESQ.
SCHLATHER, STUMBAR, PARKS & SALK, LLP
Attorneys for Plaintiff
200 East Buffalo Street
P.O. Box 353
Ithaca, New York 14851-0353
Tel: 607-273-2202
aubrey@ithacalaw.com

## **CERTIFICATE OF SERVICE**

      I certify that a on this date the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including the following:

AMANDA L. VAN HOOSE GAROFALO, ESQ.
BAKER & HOSTETLER LLP
Attorneys for Defendants
45 Rockefeller Plaza
New York, New York 10111
agarofalo@bakerlaw.com

Dated:  July 6, 2023

                                                 /s/ *Aubrey D. Hetznecker*
                                                 Aubrey D. Hetznecker, Esq.